1  Rhonda Perkins
   VA Bar No. 75300
2  rperkins@ftc.gov
   Janet Ammerman
3  CA Bar No. 113996
   jammerman1@ftc.gov
4  Federal Trade Commission
   600 Pennsylvania Ave. NW
5  Mailstop: H286
   Washington, D.C. 20580
6  Tel. (202) 326-3222 (Perkins)
   Tel. (202) 326-3145 (Ammerman)
7  Fax (202) 326-3395

8  Attorneys for Plaintiff
   Federal Trade Commission
9

10            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF ARIZONA
11

12  **Federal Trade Commission,**      )   **Filed Under Seal**
                                        )
13            Plaintiff,                )
                                        )
14       vs.                            )   Case No.
                                        )
15  **Money Now Funding, LLC, et al.,** )   ____ CV-13-01583-PHX-ROS
                                        )
16            Defendants.               )   PLAINTIFF'S *EX PARTE* MOTION
                                        )   FOR AN ORDER TEMPORARILY
17                                      )   SEALING THE FILE; MEMORANDUM
                                        )   IN SUPPORT THEREOF
18  _____   )

19        Plaintiff, the Federal Trade Commission ("FTC" or "Commission"), respectfully

20  moves *ex parte* for an order temporarily sealing the entire docket and file in this matter,

21  including the Complaint, Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order,

22  Asset Freeze, Appointment of a Temporary Receiver, Immediate Access, Other Equitable

23  Relief, and an Order to Show Cause Why a Preliminary Injunction Should Not Issue, and

24  Memorandum in Support Thereof ("TRO Motion"), and all other pleadings, motions,

25  exhibits, and other papers and materials filed in support thereof, including this Motion.

26  The FTC requests that the seal remain in effect until it has served all Defendants, or until

27  five (5) days following the entry of an order to seal the file, whichever occurs earlier. The

28  seal is necessary to prevent immediate and irreparable harm to the Commission's ability

                                        1

1    to obtain effective final relief in this matter. In support of this Motion, the FTC submits

2    the following Memorandum of Points and Authorities.

3                                          **MEMORANDUM**

4           In support of its *Ex Parte* Motion for an Order Temporarily Sealing the File, the

5    FTC states the following:

6           1.      As alleged in the Complaint, and described more fully in the TRO Motion

7    and accompanying exhibits, Defendants are engaged in a nationwide fraudulent

8    telemarketing scheme offering consumers business opportunities under a variety of

9    names. One principal variation of the scheme is the "Money Now Funding" business

10   opportunity, which Defendants sell by telling consumers they will earn income by

11   referring small businesses seeking loans to Money Now Funding. Despite Defendants'

12   assurances that consumers will easily generate hundreds or thousands of dollars per

13   month in income, consumers typically lose their investment because the program is a

14   total fraud, with losses ranging from a few hundred dollars to tens of thousands of dollars

15   per consumer. Defendants are not actually in the business of making or brokering loans to

16   small businesses, and consumers, therefore, never earn any of the promised commissions

17   on the sale of such loans. Many victims affected by this scam are seniors with limited

18   income and savings.

19          2.      Defendants' deceptive practices violate Section 5(a) of the Federal Trade

20   Commission Act, 15 U.S.C. § 45(a), as well as multiple provisions of the FTC's Trade

21   Regulation Rule entitled "Disclosure Requirements and Prohibitions Concerning

22   Business Opportunities," 16 C.F.R. Part 437, as amended, and the FTC's Telemarketing

23   Sales Rule, 16 C.F.R. Part 310, as amended.

24          3.      As is set forth in the Certification of Plaintiff Federal Trade Commission

25   Counsel Janet Ammerman Pursuant to Fed. R. Civ. P. 65(b)(1) in Support of Plaintiff's

26   *Ex Parte* Motion for an Order Temporarily Sealing the File, there is good cause for an

27   order temporarily sealing the file in this case. The FTC requests a temporary seal of the

28   entire file for the same reason that it also seeks a temporary restraining order pending a

1   preliminary injunction hearing – namely to maintain the status quo and to preserve the

2   possibility of final relief.

3          4.     A temporary seal will help ensure that Defendants do not receive premature

4   notice of this action directly or through third parties. Entry of an *ex parte* order

5   temporarily sealing the file is consistent with the purpose of Fed. R. Civ. P. 65(b), which

6   permits motions without notice to prevent "immediate and irreparable injury, loss or

7   damage."

8          5.     If Defendants become aware of the FTC's case before the FTC can serve

9   the TRO on third parties that hold assets of Defendants, such as financial institutions and

10  payment processors, there is a substantial risk that Defendants might conceal or dissipate

11  assets or destroy documents, frustrating the Court's ability to provide restitution to the

12  victims of Defendants' unlawful scheme.

13         6.     The public's interest in preserving the Court's ability to award monetary

14  relief outweighs its interest in having access to the judicial records of this matter during

15  the short temporary seal period.

16         Accordingly, the FTC respectfully requests that the Court enter the accompanying

17  proposed order to seal the entire file and docket in this matter until it has served all

18  Defendants, or until five (5) days following the entry of an order to seal the file,

19  whichever occurs earlier.

20                                              Respectfully submitted,

21

22  Dated:  8-2-13

23                                              Rhonda Perkins
                                                Janet Ammerman
24                                              Federal Trade Commission
                                                600 Pennsylvania Avenue, NW
25                                              Washington, DC 20580
                                                (202) 326-3222
26
                                                Attorneys for Plaintiff
27                                              FEDERAL TRADE COMMISSION

28