NOT FOR PUBLICATION



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Federal Trade Commission, | No. CV-13-01583-PHX-ROS |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Money Now Funding, LLC, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff Federal Trade Commission's ("FTC") Ex Parte Application for Order Temporarily Seal the Docket and Entire File (Doc. 1),

**IT IS ORDERED** that the entire file and docket in this action be sealed, and that all documents submitted to the Court in this action, including the FTC's Complaint, Ex Parte Application for Temporary Restraining Order, and all other related papers, be filed under seal. This seal shall remain in effect for 5 business days following the Court's ruling on the FTC's Ex Parte Application for Temporary Restraining Order, or until any defendant is served, whichever occurs first. No further Order of the Court shall be necessary for the Clerk of Court to unseal the file and docket.

Provided, however, that this Order shall not be construed to prohibit Plaintiff or its attorneys or agents from serving the TRO, Complaint, and other pleadings and orders, or from disclosing the existence of Plaintiff's lawsuit, its TRO application, or the contents of the documents filed or lodged in connection therewith to process servers, law enforcement personnel, and other third parties to the extent necessary to prepare for and

effectuate service of the documents and TRO.

Dated this 5th day of August, 2013.

_____
/G. Murray Snow
United States District Judge

cc: Counsel for Plaintiff